**Opinion issued August 15, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00799-CV

_____

**CITY OF HOUSTON AND THE POLICE OFFICERS' AND FIREFIGHTERS' CIVIL SERVICE COMMISSION, Appellants**

**V.**

**ALVIN WHITE, ARMANDO RONJE, AND JOE BRYANT, Appellees**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2003-26740**

## MEMORANDUM OPINION

This is an appeal from a judgment signed May 29, 2012. On July 24, 2013, the parties filed a joint motion requesting that we reverse the trial court's judgment and render judgment in favor of appellants, City of Houston and the Police Officers' and Firefighters' Civil Service Commission, that appellees, Alvin White,

Armando Ronje, and Joe Bryant, take nothing on their overtime claims. *See* Tex. R. App. P. 42.1(a)(2)(A). No opinion has issued.

Accordingly, we reinstate the appeal, grant the motion, reverse the judgment of the trial court, and render judgment that White, Ronje, and Bryant take nothing on their overtime claims. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(c). We dismiss any other pending motions as moot. The Clerk is directed to issue the mandate within 10 days of the date of this opinion. *See* Tex. R. App. P. 18.1.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.